E-FILED 03/29/2013
JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

*Joe Teague, et al.*,

       Plaintiffs,

    v.

*City of Moreno Valley*,

       Defendant.

CASE NO. EDCV 11-1597-GHK (DTBx)

**JUDGMENT**

Pursuant to the Court's March 29, 2013 Order, IT IS HEREBY ADJUDGED that Plaintiffs Joe and Joyce Teague's claims against Defendant City of Moreno Valley are **DISMISSED with prejudice.**

    **IT IS SO ORDERED**.

    DATED: March 29, 2013

_____
GEORGE H. KING
Chief United States District Judge